989 F.2d 489
 Slawek (Paul P.)
v.
Gateway Broadcasting Corporation, Atlantic City Press, Cape
May Star and Wave, Joy 105 Radio WBNJ, Wallaces Anchorage
Associates, Township of Lower, New Jersey, Lower Township
Utility Authority, Wallace (Thomas, George), Hill (Daniel),
Hobson (John), Browndorkf (Eric), Sinko (Michael), Merkoski
(Paul), Huf (Bill), Wohl (Scott), Isabell (Joseph), Taylor
(Joan), Benson (Fred), Cooper (Ralph), Fitzpatrick (James)
 NO. 92-5277
 United States Court of Appeals,
Third Circuit.
 Feb 26, 1993
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.